In the Matter of the Estate of MARGARET M. TOMECK, Deceased. EDWARD M. TOMECK, as Executor of MARGARET M. TOMECK, Deceased, Respondent-Appellant; ROBERT CHRISTOPHER, as Commissioner of Social Services of Saratoga County, Appellant-Respondent, et al., Respondent.

Submitted August 13, 2007; decided September 6, 2007

Reported below, 29 AD3d 156.

Motion for reargument denied [*see* 8 NY3d 724].

In the Matter of WALLACE B.O., Respondent, v CHRISTINE S.-O., Appellant.

Submitted August 20, 2007; decided September 6, 2007

Reported below, 39 AD3d 1201.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

GERARD WEBSTER et al., Respondents, v GIACINTO M. RAGONA et al., Defendants, and WALTER A. PEETERS, Appellant.

Submitted June 9, 2007; decided September 6, 2007

Reported below, 40 AD3d 1360.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.